Name and address:
Andrew W. Twietmeyer (SBN: 254436)
Leader Gorham LLP
1990 South Bundy Drive, Suite 390
Los Angeles, CA  90025
Tel: (310) 696-3300; Fax: (310) 696-3305
Email: atwietmeyer@lglaw.la

FILED
CLERK, U.S. DISTRICT COURT
AUG 12
8-12-10
CENTRAL DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMOTIVE RACING PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>PROCOMP ELECTRONICS, INC. a California corporation, and PROCOMP MOTORSPORTS, INC., a California corporation,<br><br>Defendants. | CASE NUMBER<br><br>CV 10-02884 DDP (JCx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of ____M. Mitchell Moss____,
                                                                 *Applicant's Name*

of ____Scott Hulse, P.C., 1100 Chase Tower, 201 E. Main Dr., El Paso, Texas 79901____
                         *Firm Name / Address*

____(915) 533-2493____                    ____mmos@scotthulse.com____
   *Telephone Number*                         *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Defendants

____Procomp Electronics, Inc. and Procomp Motorsports, Inc.____

and the designation of ____Andrew Twietmeyer____
                         *Local Counsel Designee /State Bar Number*

of ____Leader Gorham, L.L.P., 1990 South Bundy Drive, Suite 390, Los Angeles, California 90025____
                         *Local Counsel Firm / Address*

____(310) 696-3300____                    ____atwietmeyer@lglaw.la____
   *Telephone Number*                         *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED
☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated ____8-12-10____

_____
U. S. District Judge/U.S. Magistrate Judge